301 So.2d 264

**In re Joan GOODWIN**

**v.**

**STATE.**

**Ex parte Joan Goodwin.**
**SC 1056.**

Supreme Court of Alabama.
Dec. 12, 1974.

J. Massey Relfe, Jr., Birmingham, for petitioner.

No brief for the State.

BLOODWORTH, Justice.

Petition of Joan Goodwin for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Goodwin v. State, 53 Ala. App. 498, 301 So.2d 261.

Writ denied.

HEFLIN, C. J., and COLEMAN, Mc-CALL and JONES, JJ., concur.

308 So.2d 728

**In re Charles E. GUNTHARP**

**v.**

**STATE of Alabama.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 1008.**

Supreme Court of Alabama.
Feb. 6, 1975.

William J. Baxley, Atty. Gen. and George W. Royer, Jr., Asst. Atty. Gen., for the State, petitioner.

Robert Straub, Dan. F. Nelson and Noble J. Russell, Decatur, for respondent.

PER CURIAM.

Writ quashed, 54 Ala.App. ——, 308 So.2d 722.

HEFLIN, C. J., and MERRILL, MADDOX, FAULKNER, JONES, SHORES and EMBRY, JJ., concur.

BLOODWORTH, J., not sitting.

ALMON, J., recuses self.